IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3048 |
| vs. | ORDER |
| JAVIER MORENO, | |
| Defendant. | |

The court previously held that the no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community if the defendant is released. (Filing No. 13). The defendant now requests screening for release to treatment. (Filing No. 20). While treatment may ameliorate the risk of harm posed if Defendant is released, based on Defendant's history of repeated failures to appear for court proceedings, release to a treatment facility (which he can walk away from at any time) will not sufficiently address Defendant's substantial risk of nonappearance.

Accordingly,

IT IS ORDERED that the defendant's motion for review of detention, (Filing No. 20), is denied without a hearing.

May 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge